IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

SHAUN SHAPLEY, )
)
      Plaintiff, )
)
vs. )   Case No. 5:07-cv-1355-JHH
)
STATE OF FLORIDA DEPARTMENT OF )
CHILDREN AND FAMILY SERVICES, )
)
      Defendant. )

## MEMORANDUM OPINION

    This is an action by an Alabama resident seeking damages from an agency of the State of Florida, which is clearly barred by Eleventh Amendment immunity. The non-prisoner plaintiff has filed a motion for leave to commence this action without the prepayment of fees, which is GRANTED. The Clerk is DIRECTED to file this action without the prepayment of fees.

    Eleventh Amendment immunity raises a question about the subject matter jurisdiction of the court. As the court of appeals has explained:

> An assertion of Eleventh Amendment immunity essentially challenges a court's subject matter jurisdiction: "The Eleventh Amendment restricts the judicial power under Article III, and Article I cannot be used to circumvent the constitutional limitations placed on federal jurisdiction." Seminole Tribe v. Florida, 517 U.S. 44, 72-73, 116 S. Ct. 1114, 1131-32, 134 L. Ed. 2d 252 (1996).... Furthermore, an assertion of Eleventh Amendment immunity must be resolved before a court may address the merits of the underlying claim(s). Steel Co. v. Citizens for a Better Environment, 523 U.S. 83, 118 S. Ct. 1003, 1012-1016, 140 L. Ed. 2d 210 (1998).

Seaborn v. State of Florida Department of Corrections, 143 F.3d 1405, 1407 (11th Cir. 1998), cert. denied, 525 U.S. 1144, 119 S. Ct. 1038, 143 L. Ed. 2d 46 (1999).

    Although it appears that venue for this action is incorrectly asserted here, the clear absence

of subject-matter jurisdiction in this action inclines the court toward dismissal of the action, rather than transferring it the Northern District of Florida.  For this reason, by separate order, the court will dismiss this action as barred by Eleventh Amendment immunity.

The Clerk is DIRECTED to mail a copy of the foregoing to the plaintiff.

**DONE** this the ___4th___ day of September, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE